**Electronically Filed**
**Supreme Court**
**SCPW-14-0001362**
**21-JAN-2015**
**03:08 PM**

SCPW-14-0001362

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————

DIANE ELIZABETH MATHER-GEMELLI a.k.a. DIANE ELIZABETH MATHER
and BRENTWOOD ASSOCIATES, LLC, Petitioners,

vs.

THE HONORABLE GARY W.B. CHANG, JUDGE OF THE CIRCUIT COURT OF THE
FIRST CIRCUIT, STATE OF HAWAIʻI, Respondent Judge,

and

CITIMORTGAGE INC. and KAREN SCHAEFER, Respondents.

———————————

ORIGINAL PROCEEDING
(Civil No. 14-1-1218-05)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioners Diane E. Mather and
Brentwood Associates, LLC's petition for a writ of mandamus,
filed on December 16, 2014, and the record, it appears that
Petitioners fail to demonstrate that they have a clear and
indisputable right to the requested documents or that they lack
alternative means to seek relief. Petitioners, therefore, are
not entitled to a writ of mandamus. See Kema v. Gaddis, 91
Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is
an extraordinary remedy that will not issue unless the petitioner

demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action).  Accordingly,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is denied.

DATED: Honolulu, Hawai'i, January 21, 2015.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

